Ronald MCCLARY, Plaintiff-Appellant,

v.

Belquis HOPKINS, Lead Nurse; David Mitchell; Anthony D. Searles, Defendants-Appellees,

and

Eaves, Nurse, Defendant.

No. 17-7034

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2018

Decided: February 1, 2018

Ronald McClary, Appellant Pro Se.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald McClary seeks to appeal the district court's order denying his motion to recuse and his motion for leave to seek evidence, construed as a motion for discovery. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial In-*

*dus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order McClary seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Nicholas v. Wyndham Int'l, Inc.*, 373 F.3d 537, 541 (4th Cir. 2004) (order denying discovery); *In re Va. Elec. & Power Co.*, 539 F.2d 357, 363-64 (4th Cir. 1976) (recusal). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*